NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**NABORS DRILLING TECHNOLOGIES USA, INC.,**
*Appellant*

v.

**MOTIVE DRILLING TECHNOLOGIES, INC.,**
*Appellee*

---

2023-2372

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2022-00327.

---

## O R D E R

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P.  42 (b).

2    NABORS DRILLING TECHNOLOGIES USA, INC. v. MOTIVE
DRILLING TECHNOLOGIES, INC.

(2)  Each side shall bear their own costs.


FOR THE COURT

October 12, 2023
        Date                          /s/ Jarrett B. Perlow
                                      Jarrett B. Perlow
                                      Clerk of Court


**ISSUED AS A MANDATE:** October 12, 2023